# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| NORTH DAKOTA RETAIL ASSOCIATION & NORTH DAKOTA PETROLEUM MARKETERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>Defendant. | Case No. 1:21-cv-00095-DMT-CRH |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that JOSHUA P. CHADWICK hereby enters his appearance in the above-captioned case as counsel for defendant Board of Governors of the Federal Reserve System.

Dated: June 30, 2021

/s/ Joshua P. Chadwick
Joshua P. Chadwick (D.C. Bar # 502279)
Senior Special Counsel
Board of Governors of the Federal
  Reserve System
20th St. and Constitution Ave., N.W.
Washington, D.C. 20551
Phone: (202) 263-4835
Fax: (202) 736-5615
joshua.p.chadwick@frb.gov