Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Corner Post, Inc., North Dakota Retail Association, and North Dakota Petroleum Marketers Association,

        Plaintiff,

vs

Board of Governers of the Federal Reserve System,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:21-cv-095

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed March 11, 2022, the Board's Motion to Dismiss for Lack of Jurisdiction or, alternatively, for Failure to State a Claim are GRANTED. The Amended Complaint is, therefore, DISMISSED.

Date: March 11, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Melissa Fischer, Deputy Clerk*