# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1639

North Dakota Retail Association, et al.

Appellants

v.

Board of Governors, of the Federal Reserve System

Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

---

## MANDATE

In accordance with the opinion and judgment of December 14, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 06, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit