# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1639

North Dakota Retail Association, et al.

Appellants

v.

Board of Governors, of the Federal Reserve System

Appellee

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00095-DMT)

___

## MANDATE

In accordance with the opinion and judgment of August 21, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 21, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit