# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Corner Post, Inc., North Dakota Retail Association, and North Dakota Petroleum Marketers Association, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| Board of Governors of the Federal Reserve System, | ) ) ) |
| Defendant. | ) ) |

**ORDER SCHEDULING STATUS CONFERENCE**

Case No. 1:21-cv-095

The undersigned shall hold a conference with the parties by telephone on September 20, 2024, at 9:00 AM CDT to discuss the status of this case and to chart a course going foward. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. Parties are advised that telephone conferences may be electronically recorded for the convenience of the court.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court