## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Corner Post, Inc., North Dakota Retail Association, & North Dakota Petroleum Marketer's Association, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Board of Governors of the Federal Reserve System, | ) ) ) | Case No. 1:21-cv-095 |
| Defendant. | ) ) | |

On September 19, 2024, the Parties filed a Joint Motion for a Scheduling Order. (Doc. No. 39). On September 20, 2024, the court held a status conference with the Parties by telephone. Pursuant to its discussion with the Parties, the court **GRANTS** their motion (Doc. No. 39) and **ORDERS**:

1. Corner Post, Inc. ("Corner Post") shall file its motion for summary judgment no later than November 15, 2024.

2. The Board of Governors of the Federal Reserve System (the "Board") shall file its cross-motion for summary judgment and opposition to Corner Post's motion no later than January 10, 2025.

3. Corner Post shall file its combined reply in support of its motion for summary judgment and opposition to the Board's cross-motion no later than February 7, 2025.

4. The Board shall file its reply in support of its cross-motion no later than February 28, 2025.

5. The Board's obligation to file an answer to Corner Post's amended complaint and the

1

administrative record shall be deferred pending further action by the court or the parties.

Dated this 20th day of September, 2024.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court