IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CORNER POST, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF GOVERNORS OF )<br>THE FEDERAL RESERVE SYSTEM, )<br>)<br>Defendant. )<br>) | Case No. 1:21-cv-00095-DMT-CRH |

**DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S RESPONSE TO MOTION TO INTERVENE**

Defendant Board of Governors of the Federal Reserve System takes no position on the October 16, 2024 Motion to Intervene by the Bank Policy Institute and The Clearing House Association L.L.C., Docket Entry 45.

Dated: October 30, 2024

Respectfully submitted,

 /s/  Joshua P. Chadwick
Joshua P. Chadwick
Senior Special Counsel
Yvonne F. Mizusawa
Senior Counsel
Yonatan Gelblum
Senior Counsel
Monika Moore
Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Attorneys for the Board of Governors of the Federal Reserve System*