**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| CORNER POST, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br><br>     Defendant. | Case No. 1:21-cv-95-DMT-CRH |

**UNOPPOSED MOTION OF AMICI THE BANK POLICY INSTITUTE
AND THE CLEARING HOUSE ASSOCIATION L.L.C.
TO RESCHEDULE ORAL ARGUMENT**

Amici The Bank Policy Institute ("BPI") and The Clearing House Association L.L.C. ("TCH") (collectively "Bank Amici") respectfully move for this Court to reschedule the oral argument on the parties' cross-motions for summary judgment that the Court set for July 23, 2025.  Bank Amici have consulted with counsel for Plaintiff and Defendant, and neither Plaintiff nor Defendant oppose rescheduling the hearing.

1.     On June 16, 2025, the Court granted Bank Amici's motion for leave to participate in the oral argument the Court set on July 23, 2025.

2.     The undersigned counsel intends to present oral argument at the hearing on behalf of Bank Amici.  However, counsel is scheduled to speak at the Judicial Conference for the U.S. Court of Appeals for the Ninth Circuit, which runs during the week of July 21, 2025.  This prior commitment, which counsel cannot reschedule, creates a direct conflict with the argument date that was scheduled for this case.  Bank Amici therefore respectfully request that this Court reschedule the oral argument in this case.

3.      Bank Amici have consulted with counsel for the parties about their position

on this motion and availability for a later argument date.  All parties are available and

prepared to participate in oral argument on any date during the week of **August 18, 2025**.

In the alternative, should that date not work for the Court, Bank Amici are prepared to

work with Plaintiff and Defendant to identify another date that is convenient for this Court.

Dated:    Washington, D.C.
          July 1, 2025

                                        /s/ *Jeffrey B. Wall*
                                        Jeffrey B. Wall
                                        SULLIVAN & CROMWELL LLP
                                        1700 New York Avenue, N.W.
                                        Washington, D.C. 20006
                                        (202) 956-7500

                                        *Counsel for The Bank Policy Institute*
                                        *and The Clearing House Association*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I filed the foregoing motion using the Court's

CM/ECF system, which will send a notice of the filing to counsel for all parties.

/s/ Jeffrey B. Wall
Jeffrey B. Wall
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
(202) 956-7500