Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Corner Post, Inc,

        Plaintiff,

v.

Board of Governors of the Federal Reserve System,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:21-cv-00095

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated August 6, 2025, the Court GRANTS Corner Post's Motion for Summary Judgment (Doc. No. 50) and DENIES the Board's Cross-Motion for Summary Judgment (Doc. No. 57).  Accordingly, the Court will vacate Regulation II, 76 Fed. Reg. 43,394 (July 20, 2011), because it is contrary to law and was promulgated in excess of the Board's authority.  See 5 U.S.C. § 706(2).  The Court will stay such vacatur pending the resolution of any appeal to the United States Circuit Court for the Eighth Circuit in order to prevent interchange transaction fees from becoming a completely unregulated market. See NACS II, 746 F.3d at 493 (noting a vacatur of the rule "would lead to an entirely unregulated market").  This Order does not prevent the Board's pending updates to Regulation II from taking effect, which serve to lower the "interchange fee cap based on the latest data reported to the Board by large debit card issuers." 2023 NPRM, 88 Fed. Reg. at 78,100.

Date:  August 7, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*