### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

|  |  |
|---|---|
| CORNER POST, INC., ) ) Plaintiff, ) ) v. ) ) BOARD OF GOVERNORS OF ) THE FEDERAL RESERVE SYSTEM, ) ) Defendant. ) ) | Case No. 1:21-cv-00095-DMT-CRH |

**DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S MOTION TO AMEND JUDGEMENT**

The Board of Governors of the Federal Reserve System respectfully moves the Court to modify its judgment in this matter (ECF No. 80) by clarifying that the judgment only applies to the portion of Regulation II that sets debit card interchange fee standards, 12 C.F.R. § 235.3(b), rather than to the entire agency action adopting Regulation II. Although the judgment stated that it "vacate[d] Regulation II, 76 Fed. Reg. 43,394 (July 20, 2011)," Plaintiff only challenged and sought relief with respect to that portion of Regulation II governing the interchange fee standards, and the fee standards were the only part of Regulation II that the Court found to be contrary to law. A memorandum in support and proposed amended judgment are filed herewith.

Dated: September 3, 2025

                                              Respectfully submitted,

                                              /s/ Joshua P. Chadwick
                                              Joshua P. Chadwick
                                              Assistant General Counsel
                                              Yvonne F. Mizusawa
                                              Senior Counsel
                                              Yonatan Gelblum
                                              Senior Counsel

Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Attorneys for the Board of Governors of the Federal Reserve System*