# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

| | |
|---|---|
| CORNER POST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-00095-DMT-CRH |
| v. ) | |
| ) | |
| BOARD OF GOVERNORS OF ) | |
| THE FEDERAL RESERVE SYSTEM, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Board of Governors of the Federal Reserve System ("Board") appeals to the United States Court of Appeals for the Eighth Circuit from the August 6, 2025 Order Granting Corner Post, Inc's Motion for Summary Judgment and Denying Board's Cross-Motion for Summary Judgment, and the August 7, 2025 Judgment of the District Court (ECF 79, 80). Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(i), this Notice will become effective upon the Court's disposal of the Board's Motion to Amend Judgment (ECF 81), subject to any amended notice pursuant to Rule 4(a)(4)(B)(ii).

Dated: October 6, 2025

Respectfully submitted,

 /s/  Joshua P. Chadwick
Joshua P. Chadwick
Assistant General Counsel
Yvonne F. Mizusawa
Yonatan Gelblum
Monika Moore
Senior Counsels
Board of Governors of the Federal Reserve System

20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551
joshua.p.chadwick@frb.gov
(202) 263-4835

*Attorneys for the Board of Governors of the
Federal Reserve System*

2