U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:21-cv-00095        Corner Post, Inc v. Board of Governors of the Federal Reserve System

Length of trial: None

Financial Status:
- Fee Paid?  ☐ Yes  ☑ No
- If **NO**, has IFP been granted?  ☐ Yes  ☑ No
- Is there a pending motion for IFP?  ☐ Yes  ☑ No

Are there any other pending post-judgment motions?  ☑ Yes  ☐ No

Please identify the court reporter:  ☐ No hearings held

Name: Ronda Colby

Address: PO Box 1193, Bismarck, ND 58502

Telephone Number: 701-530-2300

Criminal cases only:
Is the defendant incarcerated?  ☐ Yes (include address below)   No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Notice of Appeal filed by the United States of America. Filing fee is waived.