IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CORNER POST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br><br> *Defendant*. | Case No. 1:21-cv-95-DMT-CRH |

**PLAINTIFF'S STATEMENT OF NONOPPOSITION TO
DEFENDANT'S MOTION TO AMEND JUDGMENT**

Plaintiff Corner Post, Inc., hereby files a statement of nonopposition to Defendant Board of Governors' Motion to Amend Judgment, *see* Mot. (Doc. 81), and respectfully requests that the Court rule on the motion for purposes of clarifying appellate jurisdiction. In support thereof, Corner Post states as follows:

1.   On August 6, 2025, this Court granted Corner Post's motion for summary judgment and "vacate[d] Regulation II, 76 Fed. Reg. 43,394" as being "contrary to law" and "promulgated in excess of the Board's authority." *See Corner Post, Inc. v. Bd. of Governors of Fed. Res. Sym.*, --- F. Supp. 3d. ---, 2025 WL 2253474, at *21 (D.N.D. Aug. 6, 2025).

2.   On September 9, 2025, the Board filed a Rule 59(e) motion to amend the judgment. *See* Mot. (Doc. 81). The Board seeks to clarify that only the interchange-fee standard of Regulation II is vacated, not the entirety of Regulation II.

3.   Although Corner Post sometimes discussed its position as challenging "Regulation II," Corner Post's substantive arguments were directed against only Regulation II's interchange-fee standard. *See* Mem. in Support of MSJ (Doc. 51) at 35 ("Corner Post respectfully asks this Court to vacate the current Regulation II fee standard[.]"); *id.* ("The Court should grant Corner Post's motion for summary judgment[ and] vacate the fee standard under Regulation II[.]"). Corner Post has not, in

this lawsuit, alleged that it has been injured by the other portions of Regulation II or presented arguments against the validity of the other portions of Regulation II.

4. Accordingly, Corner Post does not oppose the relief requested by the Board's Rule 59(e) motion to amend the judgment.

5. Corner Post believes that the Court's resolution of this motion will help clarify the issues to be briefed on appeal—whether the parties must address the vacatur of Regulation II as a whole, or only the vacatur of Regulation II's interchange-fee standard.

6. This Court "retains 'full authority to take any steps during the pendency of the appeal that will assist the court of appeals in the determination of the appeal,'" *Blaine v. Whirlpool Corp.*, 891 F.2d 203, 204 (8th Cir. 1989), including resolving proper motions "under Rule 59" to clarify the issues and "prevent unnecessary appellate review." *Griggs v. Provident Cons. Discount Co.*, 459 U.S. 56, 59 (1982).

Corner Post therefore states that it does not oppose the Board's Rule 59(e) motion (Doc. 81) and respectfully requests that the Court resolve the motion as soon as practicable.

Dated: October 22, 2025

Scott K. Porsborg
SMITH PORSBORG SCHWEIGERT ARMSTRONG MOLDENHAUER & SMITH
P.O. Box 460
122 East Broadway
Bismarck, ND 58502
(701) 258-0630
sporsborg@smithporsborg.com

Respectfully Submitted,

/s/ *Tyler R. Green*
Tyler R. Green (pro hac vice)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Bryan Weir (pro hac vice)
Frank H. Chang
Cody Ray Milner
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com
frank@consovoymccarthy.com
cody@consovoymccarthy.com

*Counsel for Plaintiff Corner Post, Inc.*

## CERTIFICATE OF SERVICE

I filed this brief on the Court's electronic filing system, which will email everyone requiring notice.

Dated: October 22, 2025                                                    */s/ Tyler R. Green*