# AMENDED

## U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:21-cv-00095    Corner Post, Inc v. Board of Governors of the Federal Reserve System

Length of trial:  None

Financial Status:      Fee Paid?                                      ☐ Yes    ☑ No
                       If **NO**, has IFP been granted?               ☐ Yes    ☑ No
                       Is there a pending motion for IFP?             ☐ Yes    ☑ No

Are there any other pending post-judgment motions?                    ☐ Yes    ☑ No

Please identify the court reporter:        ☐ No hearings held

   Name:  Ronda Colby

   Address:  PO Box 1193, Bismarck, ND 58502

   Telephone Number:  701-530-2300

Criminal cases only:
      Is the defendant incarcerated?        ☐ Yes (include address below)        No ☐

      Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Amended Notice of Appeal filed by the United States of America. Filing fee is waived.